Núm. 1082.—RODRÍGUEZ, peticionario, v. CORTE, dmda.— Diciembre 7, 1936.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

POR CUANTO, este procedimiento de *certiorari* tiene por objeto la anulación de dos órdenes de aseguramiento de sentencia dictadas por la corte de distrito en 28 de septiembre y 13 de octubre de 1936, respectivamente, ordenando a la junta de elecciones que so pena de desacato por incumplimiento de la orden se abstuviera de eliminar ciertos electores de las listas electorales;

POR CUANTO, pasadas ya las elecciones y existiendo apelaciones, no solamente de la sentencia así asegurada si que también de las dos órdenes dictadas para el aseguramiento de dicha sentencia, el presente recurso resulta puramente académico por haberse cumplido ya el único propósito de dichas órdenes;

POR TANTO, se anula la orden expedida de acuerdo con la resolución dictada por el Juez Asociado de Turno en octubre 22, 1936, y se ordena la devolución de los autos elevados a virtud de tal mandamiento.

El Juez Presidente Sr. del Toro no intervino.

Núm. 1075.—KNIGHTS OF COLUMBUS BUILDING ASSN., peticionaria, v. CORTE, dmda.— Febrero 17, 1937.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Celebrada la vista del presente recurso con la asistencia de la peticionaria y de los interventores, y apareciendo ser *res judicata* la cuestión envuelta, se anula el auto de *certiorari* expedido en mayo 27, 1936.